Query   Reports   Utilities   Help   What's New   Log Out

# U.S. District Court
# Northern District of West Virginia (Clarksburg)
# CRIMINAL DOCKET FOR CASE #: 1:25-cr-00029-TSK-MJA-1

Case title: USA v. Mercer

Date Filed: 06/17/2025

Assigned to: Chief District Judge Thomas S Kleeh
Referred to: Magistrate Judge Michael John Aloi

**Defendant (1)**

**Tyler Earl Mercer**

| **Pending Counts** | **Disposition** |
|---|---|
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Christie S. Utt** <br> DOJ-USAO <br> Northern District WV <br> Jennings Randolph Federal Building <br> 300 Third Street <br> Ste 300 <br> Elkins, WV 26241 <br> 304-637-2941 <br> Email: Christie.Utt@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: United States Attorney* <br><br> **Morgan McKee (USA)** <br> U.S. Attorney's Office - Wheeling <br> PO Box 591 <br> 1125 Chapline Street, Ste. 3000 <br> Wheeling, WV 26003 <br> (304) 234-7703 <br> Fax: (304) 234-0112 <br> Email: morgan.mckee@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: United States Attorney* <br><br> **Randolph J. Bernard** <br> U.S. Attorney's Office - Whg <br> PO Box 591 <br> Wheeling, WV 26003 <br> 304-234-0100 <br> Fax: 304-234-0111 <br> Email: Randy.Bernard@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: United States Attorney* <br><br> **Zelda E. Wesley** <br> U.S. Attorney's Office - Clarksburg |

320 W. Pike St.  
Suite 300  
Clarksburg, WV 26301  
(304) 623-7030  
Fax: (304) 623-7031  
Email: zelda.wesley@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2025 | 1 | INDICTMENT with Forfeiture Allegation as to Tyler Earl Mercer (1) count(s) 1. (Copy USA, USM) (dk) (Entered: 06/17/2025) |
| 06/17/2025 | 2 | *SEALED* Indictment - Unredacted, re 1 Indictment with Forfeiture Allegation as to Tyler Earl Mercer. (Attachments: # 1 Grand Jury Cover Sheet) (dk) (Entered: 06/17/2025) |
| 06/17/2025 | 3 | UNITED STATES' MOTION FOR ORDER TO SEAL as to Tyler Earl Mercer. (dk) (Entered: 06/17/2025) |
| 06/17/2025 | 4 | **ORDER TO SEAL granting 3 Motion to Seal as to Tyler Earl Mercer (1). Signed by Magistrate Judge Michael John Aloi on 6/17/2025. (dk)** (Entered: 06/17/2025) |
| 06/18/2025 | 6 | MOTION FOR PRETRIAL DETENTION as to Tyler Earl Mercer. (Attachments: # 1 Proposed Order)(mas) (Entered: 06/18/2025) |
| 07/09/2025 | 7 | NOTICE OF ATTORNEY APPEARANCE as to Tyler Earl Mercer. Zelda E. Wesley appearing for USA. (Attachments: # 1 Fax Cover Sheet) (snc) (Entered: 07/09/2025) |
| 07/09/2025 |  | Arrest of Tyler Earl Mercer in Southern District of West Virginia. (dk) (Entered: 07/10/2025) |
| 07/10/2025 |  | Case unsealed as to Tyler Earl Mercer. (dk) (Entered: 07/10/2025) |

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JUN 17 2025

U.S. DISTRICT COURT
ELKINS WV 26241

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal No. 1:25 CR- 29 |
| TYLER EARL MERCER, | Violations: 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(8) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Unlawful Possession of a Firearm and Ammunition)

On or about November 10, 2024, in Monongalia County, in the Northern District of West Virginia, defendant **TYLER EARL MERCER**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is, the offense of Counterfeiting, in the Circuit Court of Monongalia County, West Virginia, in case number 16-F-139, on March 15, 2017; knowingly possessed a firearm and ammunition in and affecting interstate commerce, that is a Taurus, 856 Ultra-Lite, .38 Special Revolver, serial number ACE901153, loaded with six rounds of .38 Special caliber ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE ALLEGATION
*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g), including: a Taurus, 856 Ultra-Lite, .38 Special Revolver, serial number ACE901153, loaded with six rounds of .38 Special caliber ammunition.

A true bill,

/s/_____
Foreperson

/s/_____
RANDOLPH J. BERNARD
Acting United States Attorney

Christie S. Utt
Assistant United States Attorney

Morgan McKee
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

```
FILED
JUN 18 2025
U.S. DISTRICT COURT
ELKINS WV 26241
```

UNITED STATES OF AMERICA,

v.                                                       Criminal No. 1:25-CR-29

TYLER EARL MERCER,

           Defendant.

## MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of defendant pursuant to 18 U.S.C. Section 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_ a crime of violence, a violation of section 1591, or an offense listed in section 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

    \_\_\_\_ an offense for which the maximum sentence is life imprisonment or death;

    \_\_\_\_ an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or chapter 705 of title 46;

    \_\_\_\_ any felony if such person has been convicted of two or more offenses described in subparagraphs (A) through (C) of Title 18 U.S.C. Section 3142(f)(1), or two or more State or local offenses that would have been offenses described in subparagraphs (A) through (C) of this paragraph if a circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses; or

    __X__ any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of title 18, United States Code;

1

   <u> X </u>   Serious risk defendant will flee;

   <u> X </u>   Serious risk obstruction of justice.

2. Reason for Detention. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   <u> X </u>   Defendant's appearance as required.

   <u> X </u>   Safety of any other person and the community.

3. Rebuttable Presumption.

A rebuttable presumption arises that no condition or combination of conditions will reasonably assure the safety of any other person and the community because:

   <u>    </u>   a) the defendant has been convicted of a Federal offense that is described in Title 18 U.S.C. Section 3142(f)(1), or of a State or local offense that would have been an offense described in subsection (f)(1) of this section if a circumstance giving rise to Federal jurisdiction had existed; b) the offense was committed while the defendant was on release pending trial for a Federal, State, or local offense; and c) a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for that offense whichever is later.

A rebuttable presumption arises that that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community because the defendant committed:

   <u>    </u>   an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or chapter 705 of title 46;

   <u>    </u>   an offense under section 924(c), 956(a), or 2332b of this title;

   <u>    </u>   an offense listed in section 2332b(g)(5)(B) of title 18, United States Code, for which a maximum term of imprisonment of 10 years or more is prescribed;

   <u>    </u>   an offense under chapter 77 of this title for which a maximum term of

        imprisonment of 20 years or more is prescribed; or

\_\_\_\_    an offense involving a minor victim under section 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425 of this title.

4.   Time for Detention Hearing. The United States requests the court conduct the detention hearing:

    \_\_\_\_    At first appearance

    _X_    After continuance of _3_ days (not more than 3)

5.   Other Matters: _____

**DATED:**     June 18, 2025

Respectfully submitted:

UNITED STATES OF AMERICA
RANDOLPH J. BERNARD
Acting United States Attorney

/s/ Christie S. Utt
Christie S. Utt, WVSB #8613
Assistant United States Attorney
320 W. Pike St., Suite 300
Clarksburg, WV 26301
Ph: (304) 623-7030; Fax: (304) 234-0110

3

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:25-CR-29 |
| 9977094 | ) | |
| 2587-0617-0438-J | ) | |
| Tyler Earl Mercer | ) | |
| Defendant | ) | |

RECEIVED
By JKaznowski at 3:43 pm, Jun 17, 2025

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Tyler Earl Mercer                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - Unlawful Possession of a Firearm - 18 U.S.C. §§ 922(g)(1) & 924(a)(8)

Date: 6·17·25

*Issuing officer's signature*

City and state:   Elkins, West Virginia            Michael John Aloi, US Magistrate Judge
                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* 06/17/2025, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____          _____
                                *Arresting officer's signature*

                                for:ATF
                                *Printed name and title*